IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF: MARTIN JEFFREY KING, A/K/A JEFFREY KING, DECEASED. | No. 84246 |

PAUL DANIEL KING,
Appellant,
vs.
CRAIG HOFMAN; HOF'S HUT
RESTAURANTS, INC.; ALFRED
SAMUEL KING; ALFRED S. KING;
AND JANET L. KING,
Respondents.

**FILED**

MAR 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on February 16, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _[signature]_

cc: Hon. Gloria Sturman, District Judge
Paul Daniel King
Marquis Aurbach Coffing
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-09201